UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEANT SINGH,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>MINGA WOFFORD, et al.,<br><br>　　　　Respondents. | No. 1:26-cv-01228-DJC-AC<br><br><br>ORDER |

　　　　Pending before the Court is a Petition for Writ of Habeas Corpus (Habeas Petition ("Pet.") (ECF No. 1)) and Motion for Temporary Restraining Order (Mot. TRO (ECF No. 2)) from a noncitizen seeking release from Immigration and Customs Enforcement ("ICE") custody.  Respondents have filed an Opposition that is also styled as its response to the Petition and a Motion to Dismiss (Mot. Dismiss (ECF No. 7)). Petitioner raises claims that are functionally identical to those this Court has already addressed in prior orders.  Petitioner is a citizen of India who entered the United States in August 2024. (Pet. ¶ 1.)  Upon entry, Petitioner was detained and released by immigration officials one month later, after passing his credible fear interview. (*Id.* ¶ 36.)  Following his release, Petitioner was instructed to check in with ICE and represents that he complied with all of the instructions given to him, apart from

incidents arising from issues outside of his control.  (*Id.* ¶¶ 36–38.)  In December 2025, Petitioner appeared at the ICE office in Bakersfield for a scheduled visit where he was arrested and detained.  (*Id.* ¶ 40.)  Petitioner was never informed of his rights or given any explanation for his detention.  (*Id.* ¶ 41.)

The Court's prior orders are dispositive on the issues raised in the Petitioner's Motion.  *See Doe v. Becerra,* 787 F. Supp. 3d 1083 (E.D. Cal. 2025); *M.B. v. Noem,* No. 1:26-cv-00005, 2026 WL 74155 (E.D. Cal. Jan. 9, 2026).  For the reasons stated in those cases, Petitioner is entitled to relief.  Respondents did not provide with Petitioner with notice and an opportunity to be heard as required by both 8 C.F.R. § 212.5(e)(2)(i) and the Due Process Clause of the Fifth Amendment.  Petitioner has a clear liberty interest in his continued release.  *See Zadvydas v. Davis,* 533 U.S. 678, 690 (2001).  Applying the balancing test described in *Mathews v. Eldridge,* 424 U.S. 319 (1976), and for the reasons identified in the Courts' prior orders, the Court finds that Petitioner has a substantial interest in maintaining his out-of-custody status, the risk of erroneous deprivation here is considerable, and Respondents' interest in detention is low as the effort and cost to provide Petitioner with procedural safeguards are minimal.[1]

Accordingly, IT IS HEREBY ORDERED that the Petition for Writ of Habeas Corpus is GRANTED as to Count 2 for the reasons stated in the prior orders.  Respondents are ORDERED to immediately release BEANT SINGH from their custody.  Respondents shall not impose any additional restrictions on Petitioner, unless that is determined to be necessary at a future pre-deprivation/custody hearing.  Respondents are permanently ENJOINED AND RESTRAINED from re-arresting or re-detaining Petitioner absent compliance with constitutional protections, which include, at a minimum, pre-deprivation notice describing the change of circumstances

---

[1] Petitioner acknowledges issues with an October 2025 check in wherein ICE attempted to contact him through a FaceTime call, but he did not receive such call.  (Pet. ¶ 38.)  Petitioner also explains he complied with additional steps take by ICE to address any supervision concerns.  (*Id.* ¶ 39.)  To the extent that this is the basis for Petitioner's detention, that is a matter for a pre-deprivation hearing.

1  necessitating Petitioner's arrest and detention and a timely hearing.  At any such
2  hearing the Government shall bear the burden of establishing, by clear and
3  convincing evidence, that Petitioner poses a danger to the community or a risk of
4  flight, and Petitioner shall be allowed to have his counsel present.

5        The Clerk of Court is directed to close this case and enter judgment for
6  Petitioner.  This Order resolves all pending Motions.

      IT IS SO ORDERED.

Dated:  **February 23, 2026**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

DJC6 – SINGH26cv01228.merits_v1